# United States District Court
# Violation Notice

CVB Location Code
MD81

| Violation Number | Officer Name(Print) | Officer No. |
|---|---|---|
| FM01601Y | MELITA JEFFERSON | J9657 |

FM01601Y

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ■ State Code |
|---|---|
| 11/06/2015 9:22 AM | 18 USC 13 MTA21.1104 (B) |

Place of Offense
REECE CROSSING WIGGLE ST

Offense Description:Factual Basis for Charge HAZMAT ☐
VEH. PASSENGER OBSTRUCTING DRIVER'S VIEW

## DEFENDANT INFORMATION

| Last Name | First Name | M.I |
|---|---|---|
| COPE | STEVEN | C |

[redacted]

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy)

B ■ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT
SEE INSTRUCTIONS (on back of yellow copy)

$70.00 Forfeiture Amount
+25 Processing Fee

PAY THIS AMOUNT → $95.00 Total Collateral Due

## YOUR COURT DATE

(if no court appearance date is shown, you will be notified of your appearance date by mail)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| TBA | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.
I promise to appear for the hearing at the time and place instructed or pay the local collateral due.

X Defendant Signature ______________________

(Re.01/2011) Return to CVB With Payment

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on NOVEMBER 6, 2015 while exercising my duties as a law enforcement officer in the FORT MEADE District of MARYLAND

AT THE LISTED TIME AND DATE, I OBSERVED THE AFOREMENTIONED VEHICLE PARKED IN A MANOR SO AS TO OBSTRUCT THE FREE PASSAGE OF VEHICLES ON THE ROADWAY. I IDENTIFIED THE OWNER AS STEVEN COPE BY A CHECK THROUGH NCIC.

The foregoing statement is based on:

- ■ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed On: 11/06/2015 ______________________

Date(mm/dd/yyyy) Officers Signature

Probable cause has been stated for the issuance of a warrant.

Executed On: ______________________

Date(mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT =** Hazardous material involved in incident; **PASS=** 9 or more passenger vehicle;

**CDL=** Commercial drivers license; **CMV** Commercial vehicle involved in incident